# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

Mr. Antwanie King  2019865? )
(full name)     (Register No).  )
_____ )
_____ )
                                )  Case No. 21-00070-AV-W-FJG-P
         Plaintiff(s).          )
                                )
v.                              )
                                )
                                )
Matthew Summett                 )  Defendants are sued in their (check one):
(Full name)                     )  ___ Individual Capacity
Charles Pritchard               )  ___ Official Capacity
_____ )  ✓ Both
         Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Jackson County Detention Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Mr. Antwanie King   Register No. 2019 31587?
   Address 1300 Cherry Street
           Kansas City, mo 64106

B. Defendant Matthew Brummett, Charles Pritchard

   Is employed as Police Officers

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ 500 / 000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ___ No ✓

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____

D. If you have not filed a grievance, state the reasons.

_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Mr. Antwonie King / Mr. Charles Prichard Mr. Matthew Brummet
       (Plaintiff)       (Defendant)

(2) Date filed: _____

2

(3) Court where filed: WESTEREN DISTRECT

(4) Case Number and citation: _____

(5) Basic claim made: Eccessive Force

(6) Date of disposition: _____

(7) Disposition: Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Mr. Prichard was the Driver of the patrol car. Brummett was the passenger of the patrol car. I was running down the street when I was hit by the police patrol car. During Deposition Marles Prichard admitted to hitting me with the car.

B. State briefly your legal theory or cite appropriate authority:
It violates the Eighth Amendment "forbides cruel and unusual punishment."

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
   50,000 in punitive Damages and 50,000 Compensatory Damages.

XI. Counsel:

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N-A

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ✓ No ___

   If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
   Jon Bailey Law
   929 Walnut Street Suite 4110
   Kansas City, MO 64106

   C. Have you previously had a lawyer representing you in a civil action in this court?
   Yes ___   No ✓

   If your answer is "Yes," state the name and address of the lawyer.
   N-A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _____ day of _____ 20__.

_____
Signature(s) of Plaintiff(s)

4

Antoine Young [illegible]
1300 Cherry Street
Kansas City, MO 64106

KANSAS CITY [postmark] 2021

THIS MAIL IS FROM AN INMATE IN
CUSTODY OF THE DEPT. OF
TIC

Clerk of the
United States
District Court
400 E. 9th Street, Room 1510
Kansas City, MO 64106

64106–199655

RECEIVED
2021 MAY 27 AM 11:19
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO